UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
            :
UNITED STATES OF AMERICA,     :
          Plaintiff,   :
                                     :          19 Cr. 58-02 (LGS)
         -against-   :
                                     :               ORDER
JALEEL PAYNE,   :
          Defendant,   :
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/05/2019

LORNA G. SCHOFIELD, District Judge:

It is hereby **ORDERED** that Defendant Jaleel Payne's sentencing hearing previously scheduled for December 10, 2019 at 11:00 a.m.., is adjourned **December 10, 2019 at 5:00 p.m. in Courtroom 110 of the Thurgood Marshal Courthouse**.

Dated: December 5, 2019
       New York, New York

                                               LORNA G. SCHOFIELD
                                             **UNITED STATES DISTRICT JUDGE**