```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                            :
UNITED STATES OF AMERICA                    :
                        Plaintiff,          :
                                            :          19 Cr. 58-03 (LGS)
            -against-                       :
                                            :          ORDER AMENDING
JALEEL PAYNE,                               :            PRESENTENCE
                        Defendant,          :           INVESTIGATION
------------------------------------------------------------X            REPORT
```

LORNA G. SCHOFIELD, District Judge:

As discussed at the sentencing of Defendant Jaleel Payne on December 10, 2019, it is hereby **ORDERED** that the Presentence Investigation Report dated September 5, 2019, is amended as follows:

1) Paragraph 62 of the PSR shall be amended to correct the defendant's father's name, which is Calvin E. Powell.

2) A copy of this Order shall be appended to all copies of the Presentence Investigation Report and made a part thereof.

Dated: December 18, 2019
New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/18/2019