EBANKS LAW FIRM, PLLC
ATTORNEY AT LAW
20 VESEY STREET, SUITE 503
NEW YORK, NEW YORK 10007
(212)-766-4434
FACSIMILE
(212)-766-5899
www.ebankslawfirm.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/20/2019

December 19, 2019,

**Via ECF:**
Hon. Judge Lorna G. Schofield
United States District Judge
United States Courthouse
Southern District of New York
40 Foley Square
New York, NY 10007

> Application DENIED without prejudice to renew. Defendant Payne is hereby directed to refile any request by noon on December 23, 2019, stating the position of Pre-Trial Services and the Government as to the request.
> Dated: December 20, 2019
> New York, New York
>
> LORNA G. SCHOFIELD
> **UNITED STATES DISTRICT JUDGE**

Re: USA v. Rivera
Case No. 1:19-cr-00058-LGS-3

Dear Hon. Judge Lorna G. Schofield:

    I represent Mr. Payne in the above referenced matter. I write the court seeking an adjustment on Mr. Payne's bail conditions. We ask that Mr. Payne's bail conditions be modified to allow him to visit his grandmother's house on December 25, 2019 and January 1, 2020 from the hours of 3:00pm to 9:00pm on both days. Mr. Payne's grandmother lives at 124 West 114th Street, New York, NY 10026. The purpose of Mr. Payne's visit is to spend time with his close family before he ultimately surrenders himself over into custody and begins his sentencing term.

    Thank you for your consideration of this request.

Very truly yours,

THE EBANKS LAW FIRM, LLP

_____/s/Alberto Ebanks_____
ALBERTO A. EBANKS